# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MONTANA

In re: MCKITRICK, SARA MARIE                    §   Case No. 09-61552

                                                §
                                                §
Debtor(s)                                        §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Darcy M. Crum, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $8,730.00                    Assets Exempt: $3,230.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,031.49      Claims Discharged
                                                Without Payment: $30,159.50

Total Expenses of Administration: $875.83

---

3)  Total gross receipts of $   3,071.48   (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $   1,164.16   (see **Exhibit 2**), yielded net receipts of $1,907.32 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $8,786.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 875.83 | 875.83 | 875.83 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 95,127.24 | 37,312.64 | 37,134.48 | 1,031.49 |
| **TOTAL DISBURSEMENTS** | $103,913.24 | $38,188.47 | $38,010.31 | $1,907.32 |

4)  This case was originally filed under Chapter 7 on August 06, 2009. The case was pending for 19 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/19/2011            By: /s/Darcy M. Crum
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| TAX REFUND | 1224-000 | 3,071.00 |
| Interest Income | 1270-000 | 0.48 |
| **TOTAL GROSS RECEIPTS** | | **$3,071.48** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| SARA MCKITRICK | TAX REFUND | 8100-002 | 0.00 |
| Clerk of U.S. Bankruptcy Court | Debtor's exempt portion of tax refund | 8100-002 | 1,164.16 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$1,164.16** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | CREDIT CARE FINANCIAL | 4110-000 | 8,786.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$8,786.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Darcy M. Crum | 2100-000 | N/A | 476.83 | 476.83 | 476.83 |
| Darcy M. Crum | 2200-000 | N/A | 100.00 | 100.00 | 100.00 |
| CLERK OF US BANKRUPTCY COURT | 2700-000 | N/A | 299.00 | 299.00 | 299.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | N/A | | 875.83 | 875.83 | 875.83 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | HELENA COMMUNITY FCU | 7100-000 | 6,639.70 | 4,085.80 | 4,085.80 | 113.49 |
| 2 | Credit Systems | 7100-000 | 27,417.67 | 16,090.75 | 16,090.75 | 446.95 |
| 3 | Lee & Dad's IGA | 7100-000 | N/A | 178.16 | 0.00 | 0.00 |
| 4 | Credit Associates | 7100-000 | 574.67 | 1,126.49 | 1,126.49 | 31.29 |
| 5 | CheckRite of Mont | 7100-000 | 1,018.16 | 1,141.44 | 1,141.44 | 31.71 |
| 6 | Intercity Radiology | 7100-000 | 43.00 | 43.00 | 43.00 | 1.19 |
| 7 | Intercity Radiology | 7100-000 | 1,900.40 | 1,900.40 | 1,900.40 | 52.79 |
| 8 | Radiology Montana | 7100-000 | 28.50 | 28.50 | 28.50 | 0.79 |
| 9 | Tucson Electric Power | 7100-000 | 86.65 | 86.65 | 86.65 | 2.41 |
| 10 | ST Peter's Hospital | 7100-000 | 1,863.76 | N/A | N/A | 0.00 |
| 11 | Lewis & Clark ER Phy | 7100-000 | 290.00 | 290.00 | 290.00 | 8.06 |
| 12 | Wells Fargo Education Financial Services | 7100-000 | 49,006.00 | 12,212.58 | 12,212.58 | 339.23 |
| 13 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | 328.87 | 128.87 | 128.87 | 3.58 |
| NOTFILED | HELENA LABORATORY PHYSICIANS | 7100-000 | 40.33 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | HELENA HEALTHCARE | 7100-000 | 459.46 | N/A | N/A | 0.00 |
| NOTFILED | GREAT FALLS TITLE LOANS | 7100-000 | 120.50 | N/A | N/A | 0.00 |
| NOTFILED | EASY EVERYDAY COOKING | 7100-000 | 31.54 | N/A | N/A | 0.00 |
| NOTFILED | EMERGENCY PHYSICIANS | 7100-000 | 346.00 | N/A | N/A | 0.00 |
| NOTFILED | HELENA ORTHOPEDIC CLINIC | 7100-000 | 31.75 | N/A | N/A | 0.00 |
| NOTFILED | INTERCITY RADIOLOGY | 7100-000 | 974.90 | N/A | N/A | 0.00 |
| NOTFILED | ANTHONY VACCARO | 7100-000 | 550.00 | N/A | N/A | 0.00 |
| NOTFILED | UM HELENA COLLEGE OF TECHNOLOGY | 7100-000 | 692.45 | N/A | N/A | 0.00 |
| NOTFILED | UNIVERSITY MEDICAL CENTER | 7100-000 | 168.00 | N/A | N/A | 0.00 |
| NOTFILED | SYNERGY MEDICAL CARE | 7100-000 | 208.00 | N/A | N/A | 0.00 |
| NOTFILED | PLANNED PARENTHOOD | 7100-000 | 16.22 | N/A | N/A | 0.00 |
| NOTFILED | QWEST COMMUNICATIONS | 7100-000 | 144.61 | N/A | N/A | 0.00 |
| NOTFILED | MONTANA STATE UNIVE BOZEMAN | 7100-000 | 1,283.98 | N/A | N/A | 0.00 |
| NOTFILED | PHYSICIANS LABORATORY SERVICE | 7100-000 | 367.49 | N/A | N/A | 0.00 |
| NOTFILED | MOVIE GALLERY | 7100-000 | 113.84 | N/A | N/A | 0.00 |
| NOTFILED | COOPERATIVE HEALTH | 7100-000 | 45.91 | N/A | N/A | 0.00 |
| NOTFILED | COMMUNITY HEALTH PARTNERS | 7100-000 | 15.00 | N/A | N/A | 0.00 |
| NOTFILED | BRESNAN COMMUNICATIONS | 7100-000 | 62.85 | N/A | N/A | 0.00 |
| NOTFILED | COMMUNITY HEALTH PARTNERS | 7100-000 | 135.00 | N/A | N/A | 0.00 |
| NOTFILED | BMG MUSIC | 7100-000 | 60.48 | N/A | N/A | 0.00 |
| NOTFILED | COMPANION ANIMAL HOSPITAL | 7100-000 | 61.55 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 95,127.24 | 37,312.64 | 37,134.48 | 1,031.49 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| | |
|---|---|
| **Case Number:** 09-61552 | **Trustee:** (460170) Darcy M. Crum |
| **Case Name:** MCKITRICK, SARA MARIE | **Filed (f) or Converted (c):** 08/06/09 (f) |
| | **§341(a) Meeting Date:** 09/16/09 |
| **Period Ending:** 02/19/11 | **Claims Bar Date:** 01/12/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description**<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   RENTAL DEPOSIT | 500.00 | 0.00 | DA | 0.00 | FA |
| 2   HOUSEHOLD GOODS | 103.00 | 0.00 | DA | 0.00 | FA |
| 3   BOOKS | 2.00 | 0.00 | DA | 0.00 | FA |
| 4   CLOTHING | 100.00 | 0.00 | DA | 0.00 | FA |
| 5   3 RINGS | 15.00 | 0.00 | DA | 0.00 | FA |
| 6   FISHING POLE | 10.00 | 0.00 | DA | 0.00 | FA |
| 7   2001 HYUNDAI TIBURON | 8,000.00 | 0.00 | DA | 0.00 | FA |
| 8   TAX REFUND  (u) | 1,906.84 | 0.00 | | 3,071.00 | FA |
| Int  INTEREST  (u) | Unknown | N/A | | 0.48 | FA |
| **9   Assets   Totals** (Excluding unknown values) | **$10,636.84** | **$0.00** | | **$3,071.48** | **$0.00** |

**Major Activities Affecting Case Closing:**

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | October 10, 2010 | **Current Projected Date Of Final Report (TFR):** | September 24, 2010  (Actual) |

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-61552
**Case Name:** MCKITRICK, SARA MARIE

**Taxpayer ID #:** **-***8263
**Period Ending:** 02/19/11

**Trustee:** Darcy M. Crum (460170)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******93-65 - Money Market Account
**Blanket Bond:** $0.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 06/09/10 | {8} | UNITED STATES TREASURY | TAX REFUND | 1224-000 | 3,071.00 | | 3,071.00 |
| 06/12/10 | 1001 | SARA MCKITRICK | TAX REFUND Stopped on 09/13/10 | 8100-002 | | 1,164.16 | 1,906.84 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.11 | | 1,906.95 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.18 | | 1,907.13 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.18 | | 1,907.31 |
| 09/13/10 | 1001 | SARA MCKITRICK | TAX REFUND Stopped: check issued on 06/12/10 | 8100-002 | | -1,164.16 | 3,071.47 |
| 09/13/10 | 1002 | Clerk of U.S. Bankruptcy Court | Debtor's exempt portion of tax refund | 8100-002 | | 1,164.16 | 1,907.31 |
| 09/24/10 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.01 | | 1,907.32 |
| 09/24/10 | | To Account #9200******9366 | | 9999-000 | | 1,907.32 | 0.00 |

|  |  | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 3,071.48 | 3,071.48 | $0.00 |
| Less: Bank Transfers | 0.00 | 1,907.32 | |
| **Subtotal** | 3,071.48 | 1,164.16 | |
| Less: Payments to Debtors | | 1,164.16 | |
| **NET Receipts / Disbursements** | **$3,071.48** | **$0.00** | |

{} Asset reference(s)

Printed: 02/19/2011 05:36 AM    V.12.56

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-61552
**Case Name:** MCKITRICK, SARA MARIE

**Taxpayer ID #:** **-***8263
**Period Ending:** 02/19/11

**Trustee:** Darcy M. Crum (460170)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******93-66 - Checking Account
**Blanket Bond:** $0.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/24/10 | | From Account #9200******9365 | | 9999-000 | 1,907.32 | | 1,907.32 |
| 12/02/10 | 101 | CLERK OF US BANKRUPTCY COURT | Dividend paid 100.00% on $299.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 299.00 | 1,608.32 |
| 12/02/10 | 102 | HELENA COMMUNITY FCU | 09-61552    MCKITRICK, SARA MARIE $4,085.80 Dividend paid   2.77% on $4,085.80; Claim# 1; Filed: $4,085.80 | 7100-000 | | 113.49 | 1,494.83 |
| 12/02/10 | 103 | Credit Systems | 09-61552    MCKITRICK, SARA MARIE $16,090.75 Dividend paid   2.77% on $16,090.75; Claim# 2; Filed: $16,090.75 | 7100-000 | | 446.95 | 1,047.88 |
| 12/02/10 | 104 | Credit Associates | 09-61552    MCKITRICK, SARA MARIE $1,126.49 Dividend paid   2.77% on $1,126.49; Claim# 4; Filed: $1,126.49 | 7100-000 | | 31.29 | 1,016.59 |
| 12/02/10 | 105 | CheckRite of Mont | 09-61552    MCKITRICK, SARA MARIE $1,141.44 Dividend paid   2.77% on $1,141.44; Claim# 5; Filed: $1,141.44 | 7100-000 | | 31.71 | 984.88 |
| 12/02/10 | 106 | Intercity Radiology | 09-61552    MCKITRICK, SARA MARIE $43.00 Dividend paid   2.77% on $43.00; Claim# 6; Filed: $43.00 | 7100-000 | | 1.19 | 983.69 |
| 12/02/10 | 107 | Intercity Radiology | 09-61552    MCKITRICK, SARA MARIE $1,900.40 Dividend paid   2.77% on $1,900.40; Claim# 7; Filed: $1,900.40 | 7100-000 | | 52.79 | 930.90 |
| 12/02/10 | 108 | Radiology Montana | 09-61552    MCKITRICK, SARA MARIE $28.50 Dividend paid   2.77% on $28.50; Claim# 8; Filed: $28.50 | 7100-000 | | 0.79 | 930.11 |
| 12/02/10 | 109 | Tucson Electric Power | 09-61552    MCKITRICK, SARA MARIE $86.65 Dividend paid   2.77% on $86.65; Claim# 9; Filed: $86.65 | 7100-000 | | 2.41 | 927.70 |
| 12/02/10 | 110 | Lewis & Clark ER Phy | 09-61552    MCKITRICK, SARA MARIE $290.00 Dividend paid   2.77% on $290.00; Claim# 11; Filed: $290.00 | 7100-000 | | 8.06 | 919.64 |
| 12/02/10 | 111 | Wells Fargo Education Financial Services | 09-61552    MCKITRICK, SARA MARIE $12,212.58 Dividend paid   2.77% on $12,212.58; Claim# 12; Filed: $12,212.58 | 7100-000 | | 339.23 | 580.41 |
| 12/02/10 | 112 | AMERICAN INFOSOURCE LP AS AGENT FOR | 09-61552    MCKITRICK, SARA MARIE $128.87 Dividend paid   2.77% on $128.87; Claim# 13; Filed: $128.87 | 7100-000 | | 3.58 | 576.83 |
| 12/02/10 | 113 | Darcy M. Crum | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND | | | 576.83 | 0.00 |

Subtotals :              $1,907.32        $1,907.32

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 09-61552
**Case Name:** MCKITRICK, SARA MARIE

**Taxpayer ID #:** **-***8263
**Period Ending:** 02/19/11

**Trustee:** Darcy M. Crum (460170)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******93-66 - Checking Account
**Blanket Bond:** $0.00   (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | INTEREST | | | | |
| | | | Dividend paid 100.00%   476.83 on $476.83;  Claim# ; Filed: $476.83 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%   100.00 on $100.00;  Claim# ; Filed: $100.00 | 2200-000 | | | 0.00 |

|  | | Receipts | Disbursements | Balance |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | 1,907.32 | 1,907.32 | $0.00 |
| Less: Bank Transfers | | 1,907.32 | 0.00 | |
| **Subtotal** | | 0.00 | 1,907.32 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | $0.00 | $1,907.32 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******93-65** | 3,071.48 | 0.00 | 0.00 |
| **Checking # 9200-******93-66** | 0.00 | 1,907.32 | 0.00 |
| | $3,071.48 | $1,907.32 | $0.00 |